UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH ROBERTSON, Jr., PAUL PIJACKI
on behalf of themselves and
all others similarly situated,
      Plaintiffs,
v.                                          CASE NO.:8:13-cv-01931-MSS-AEP

DSE, INC. and
AMTEC DEFENSE CORPORATION,
      Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Parties' request for referral of this matter to the magistrate judge for resolution of dispositive motions. Concerning the request for referral, the Court declines to refer the matter to the magistrate judge of final resolution of certain potentially dispositive motions because the consent does not appear to be unequivocal. However, pursuant to 28 U.S.C. § 636, this Court **REFERS** the pending motions (Dkts. 29,30) to the Honorable Anthony E. Porcelli for entry of an Order or Report and Recommendation, as appropriate.

On a separate note, a review of the record reveals a flurry of pleadings surrounding a purported settlement agreement between the Parties. This indicates to the Court that the Parties view that the relief sought is urgent and of imminent importance to the approval of a pending or proposed settlement agreement. A cursory review of the settlement agreement reveals that the Parties purport to settle the WARN Act claims relating to Defendant DSE, Inc.'s facility located at 5201 S. Westshore Blvd., Tampa, Florida 33611 (the "Florida Facility") and Defendant DSE, Inc.'s facility located

at 859 Victory Trail Road, Gaffney, South Carolina (the "South Carolina Facility").  The Court notes, however, that Plaintiffs' Complaint references only the Florida Facility and does not reference the South Carolina Facility.

Due to the discrepancy between the Complaint and the purported settlement agreement, Plaintiff is **DIRECTED** to file an Amended Complaint if Plaintiffs seek relief also for Defendant DSE, Inc.'s former employees who worked at the South Carolina Facility or to explain why an amended complaint is not required to permit this Court to undertake review and determination of the rights of the South Carolina class members.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of October 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person